IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIM SCOTT COLE<br>a.k.a. JAMES SCOTT ALVA,<br>　　Plaintiff<br><br>　　　　v.<br><br>SAGE, et al.,<br>　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 1:23-cv-01203<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 27th day of October 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute.

　　　　　　　　　　　　　　　　　　　　s/ Yvette Kane
　　　　　　　　　　　　　　　　　　　　Yvette Kane, District Judge
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania